Respondent will file an answer to said petition on or before 12:00 p.m., EDT, August 22, 2012.

Misc. No. 12–8033/AR.   Maurice K. Robins, Appellant v. United States, Appellee. CCA 20990996.   Notice is hereby given that a petition for extraordinary relief in the nature of a writ of error coram nobis or writ of habeas corpus, which this Court construes as a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief, was filed under Rule 27(b) on this date.

No. 12–0673/AF.   U.S. v. Gilbert J. Jio.   CCA S32014.   In each of the above cases, Major Daniel E. Schoeni's motion to withdraw as appellate defense counsel is granted.